**No. 67293.**—Amity Mills, Inc. *v.* United States, protest 299269–K (New York).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of waterproof cotton cloth similar in all material respects to that the subject of *United States* v. *D. H. Grant & Co., Inc.* (47 CCPA 20, C.A.D. 723), the claim of the plaintiff was sustained.

**No. 67294.**—Stor-All Corp. *v.* United States, protests 62/2972 and 62/3113 (Los Angeles).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of parts of barbecue grills similar in all material respects to those the subject of Abstract 66689, the claim of the plaintiff was sustained.